Certificate Number: 03088-PAE-DE-032432391

Bankruptcy Case Number: 19-11121



03088-PAE-DE-032432391

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 12, 2019</u>, at <u>5:46</u> o'clock <u>PM CDT</u>, <u>Tysheema N Heard</u> completed a course on personal financial management given <u>by internet and telephone</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>March 12, 2019</u>          By:   <u>/s/Jason M Tepper</u>

                                       Name:  <u>Jason M Tepper</u>

                                       Title:  <u>Counselor</u>