**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : |
| | : CHAPTER 13 |
| Tysheema N. Heard | : |
| | : |
| | : |
| | : |
| Debtor | : CASE NO: 19-11121MDC |

**PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. § 1325(a)(8) AND (a)(9)**

I, Brad J. Sadek, Esquire, upon my oath according to law, hereby certify as follows in connection with the confirmation hearing scheduled for September 5, 2019, in the above-referenced case:

1. The above named Debtor(s) will be able to make all payments under the plan and to comply with the plan.

2. The above named Debtor(s) have paid all post-petition amounts that are required to be paid under any and all domestic support obligations.

3. The above named Debtors have filed all applicable federal, state and local tax returns as required by 11 U.S.C. § 1308.

4. If the confirmation hearing date stated in paragraph one is adjourned for any reason, an updated certification will be filed with the Court prior to any subsequent confirmation hearing date in the event any of the information contained in this certification changes.

5. If this certification is being signed by the Debtor's attorney, counsel certifies that the Debtor was duly questioned about the statements in this certification and supplied answers consistent with this certification.

DATED: May 29, 2019         BY:       /s /Brad J. Sadek, Esq.