## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| ) | |
| TYSHEEMA N HEARD, ) | |
| ) | |
| ) | |
| Debtor ) | CASE NO. 19-11121-MDC |
| ) | |
| CAPITAL ONE AUTO FINANCE, ) | |
| A DIVISION OF CAPITAL ONE, N.A. ) | **HEARING DATE**: |
| Movant ) | Tuesday, June 25, 2019 |
| ) | 10:30 a.m. |
| vs. ) | |
| ) | **LOCATION**: |
| TYSHEEMA N HEARD, Debtor and, ) | U.S. Bankruptcy Court |
| ROHEAN K SCOTT, Codebtor ) | Eastern District of Pennsylvania |
| Respondents ) | Courtroom # 2 |
| and ) | 900 Market Street |
| WILLIAM C. MILLER, ) | Philadelphia, PA 19107 |
| Trustee ) | |

## ORDER

AND NOW, this 25th day of June, 2019, based upon the Motion submitted and attached hereto, it is hereby Ordered, Adjudged and Decreed that the Motion is granted. The automatic stay and codebtor stay is lifted with respect to the Movant.

Movant shall be and is hereby permitted to proceed and continue with an action in vehicle possession (2009 BMW X6 Utility 4D 50i AWD, V.I.N. 5UXFG83539LZ93368) and is hereby permitted to levy and sell the vehicle at issue and to pursue its remedies under state law in connection with the loan documents.

It is further Ordered that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

The stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.

*Magdeline D. C_____*
Magdeline D. Coleman
Chief United States Bankruptcy Judge