**Fill in this information to identify the case:**

Debtor 1   Tysheema N. Heard

United States Bankruptcy Court for the EASTERN District of Pennsylvania

Case number   19-11121 MDC

Official Form 410S1

# Notice of Mortgage Payment Change      12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** PennyMac Loan Services, LLC

**Court claim no.** (if known): 13

**Last 4 digits** of any number you use to identify the debtor's account: 8390

**Date of payment change:**
Must be at least 21 days after date of this notice      04/01/2020

**New total payment:**      $1,448.50
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $367.66     **New escrow payment:** $ 477.89

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** _____%     **New interest rate:** _____%

   **Current principal and interest payment:** $_____     **New principal and interest payment:** $_____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   **Current mortgage payment:** $_____     **New mortgage payment:** $ _____

Debtor(s)  Tysheema N. Heard
           First Name    Middle Name    Last Name

Case number (*if known*) 19-11121 MDC

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Rebecca A. Solarz, Esquire       Date  02/28/2020
Signature

Print:  Rebecca A. Solarz       Title  Attorney for Creditor
        First Name  Middle Name  Last Name

Company:  KML Law Group, P.C.

Address:  701        Market Street, Suite 5000
          Number     Street
          Philadelphia,              PA    19106
          City                       State  ZIP Code

Contact phone  (215) 627–1322        Email  rsolarz@kmllawgroup.com